**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony Dave GREEN, Defendant–**
**Appellant.**

**No. 15–7231.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 26, 2016.

Decided: March 22, 2016.

Anthony Dave Green, Appellant Pro Se. Stanley D. Ragsdale, Julius Ness Richardson, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before DUNCAN, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Dave Green appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Green*, No. 1:10–cr–00968–MBS–7 (D.S.C. dated July 9, 2015 & entered July 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*